UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18-435(FLW) |
| v. | Hon. Freda L. Wolfson |
| MARTHA AGUILAR | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Meriah Russell, Special Assistant U.S. Attorney), and defendant Martha Aguilar (by Andrea D. Bergman, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct pretrial discovery and fully prepare for trial; one continuance having previously been granted by the Court; the defendant being aware that she has the right to a trial within seventy (70) days of the return of the indictment, pursuant.to Title 18, United States Code, Section 3161(c)(1); the defendant having consented to the continuance and waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Both the United States and the defendant desire additional time to conduct pretrial discovery, review such discovery, file appropriate motions, discuss possible resolution short of trial, and otherwise prepare for trial if a plea agreement is not reached;

1

2. The grant of a continuance will ensure that, taking into account the exercise of due diligence, both counsel have sufficient time to complete these activities.

3. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 4th day of February, 2020,

(1) ORDERED that this action be, and hereby is, continued until June 1, 2020; and it is further

(2) ORDERED that the period from the date this Order is signed through June 1, 2020 be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161, *et seq.*

HONORABLE FREDA L. WOLFSON
United States District Judge

Form and entry consented to:

_____
Andrea D. Bergman, Esq.
Counsel for Martha Aguilar

_____
Martha Aguilar
Defendant

_____
Meriah Russell
Special Assistant U.S. Attorney