UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-435(FLW) |
| | : | |
| v. | : | ORDER FOR BAIL MODIFICATION |
| | : | |
| MARTHA AGUILAR | : | |

THIS MATTER having been brought before the Court by defendant Martha Aguilar, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Meriah Russell, Special, Assistant United States Attorney) consenting, for an Order modifying Ms. Aguilar's release conditions; and

WHEREAS, bail release conditions were imposed on August 14, 2018; and

WHEREAS, one of the bail conditions required an approved co-signer on a personal recognizance bond in the amount of $250,000; and

WHEREAS, the co-signer on the bond is Ms. Aguilar's daughter, Jackie Serrano, and

WHEREAS, the parties and pretrial services have determined that a co-signer is no longer a necessary release condition; and for good cause shown,

IT IS THE FINDING OF THIS COURT

On this ___ day of July, 2020, that the bail conditions shall be modified as follows:

1. Ms. Serrano shall be removed from the personal recognizance bond;
2. All other release conditions shall remain the same.

Tonianne J. Bongiovanni
UNITED STATES MAGISTRATE JUDGE