## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. |
| | * | |
| | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

_____ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

_____ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:


Accordingly, the proceeding(s) held on this date may be conducted by:

_____ Video Teleconferencing

_____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    _____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    _____ Other:


Date: _____ /s/ *Freda L. Wolfson*
                                                                       United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Freda L. Wolfson |
| v. | Crim. No. 18-435 (FLW) |
| MARTHA AGUILAR | **EXHIBIT TO ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS** |

The Court finds that the change of plea hearing to be held on April 19, 2021, cannot be further delayed without serious harm to the interests of justice and should proceed by video teleconference for the following reasons:

1. To permit the defendant to obtain a speedy resolution of her case through an admission of guilt, the defendant has asked to exercise her constitutional right to a plead guilty.  The defendant's interest in a speedy resolution of her case will be seriously harmed if the proceeding does not occur by video in lieu of in-court proceedings.  The defendant currently resides in South Carolina, and, due to the on-going pandemic, interstate travel is difficult and requires extended periods of quarantine which would cause further delays in this matter and create possible health risks for the defendant at this time.

2. To permit the Government to obtain a resolution of the case so that the Government, already operating in a restricted capacity due to the emergency, may appropriately focus its resources on other, emerging criminal matters.  The Government has asked for this case to be resolved today by guilty plea and for a subsequent timely sentencing.

3. To obtain a resolution to the case prior to the end of the time afforded the Government to prosecute the case under the Speedy Trial Act.