UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Freda L. Wolfson <br> Crim. No. 18-435(FLW) |
| v. | |
| MARTHA AGUILAR | **CONSENT ORDER EXTENDING VOLUNTARY SURRENDER DATE** |

This matter having come before the Court for an order extending Defendant Martha Aguilar's voluntary surrender date to the Bureau of Prisons (by Andrea Bergman, Esq., Assistant Federal Public Defender); and the United States Attorney (by Meriah Russell, Esq., Special Assistant United States Attorney), having no objections, and

WHEREAS, on June 15, 2022, this Court sentenced Defendant Martha Aguilar to serve a term of imprisonment of 28 months in the federal Bureau of Prisons; and

WHEREAS, this Court ordered Defendant Martha Aguilar to, on a date and time determined by the Bureau of Prisons, to surrender voluntarily to the facility designated by the Bureau of Prisons; and

WHEREAS, the Bureau of Prisons designated Defendant Martha Aguilar to surrender for service of the sentence on June 20, 2022 before 12:00 p.m. at the FMC Carswell in Carswell, Texas; and

WHEREAS, Defendant Martha Aguilar has been hospitalized and cannot for medical reasons surrender to the institution on the date set by the Bureau of Prisons, and for good cause shown,

It is on this <u>19th</u> day of July, 2022, ORDERED that:

1. Martha Aguilar's voluntary surrender date to the Bureau of Prisons facility at FMC Carswell in Carswell, Texas shall be extended by two weeks;

2. Defendant Martha Aguilar shall surrender to the institution by August 3, 2022.

                                                                                 Hon. Freda L. Wolfson
                                                                                  Chief United States District Judge